IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARRELL RAY MORRIS, # K6908**                                      **PETITIONER**

v.                                                    **CIVIL ACTION NO. 1:24-cv-29-TBM-RPM**

**UNITED STATES**                                                        **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed with prejudice regarding the jurisdictional issue only and dismissed without prejudice in all other respects.

**SO ORDERED AND ADJUDGED,** this the 16th day of July, 2024.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE